**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Nikeyta Craft,

Plaintiff(s),

v.

Commissioner of Social Security,

Defendant(s).
_________________________________/

Case No. 26-cv-11044
Hon. Jonathan J.C. Grey

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 13), GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 10), AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 11)**

The matter is before the Court on Plaintiff Nikeyta Craft's and Defendant Commissioner of Social Security's ("the Commissioner") cross-motions for summary judgment. (ECF Nos. 10, 11.) All pretrial matters were referred to Magistrate Judge Patricia T. Morris. (ECF No. 8.)

On September 2, 2026, Magistrate Judge Morris issued a Report and Recommendation ("R&R") in which she recommended that this Court: (1) deny the Commissioner's motion for summary judgment; (2)

grant in part[1] Craft's motion for summary judgment; (3) vacate the decision of the administrative law judge; and (4) remand the case for further proceedings consistent with the R&R. (ECF No. 13.) No party has filed an objection to the R&R.

The Court has had an opportunity to review this matter and finds that Magistrate Judge Morris reached the correct conclusions for the proper reasons. Finding no error in the R&R, the Court adopts the R&R in its entirety. Furthermore, as neither party has raised an objection, the Court finds that the parties have waived any further objections to the R&R. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the R&R dated September 2, 2026 (ECF No. 13) is **ADOPTED** as this Court's findings of fact and conclusions of law.

[1] Although the R&R ostensibly recommends granting Craft's motion, it is clear that the R&R in practice recommends a "grant in part" because it finds that the administrative law judge erred such that remand is necessary but declines to determine whether Craft is entitled to supplemental security income. (ECF No. 13, PageID.1068.)

**IT IS FURTHER ORDERED** that Craft's motion for summary judgment (ECF No. 10) is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment (ECF No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that the administrative law judge's decision is **VACATED**.

**IT IS FURTHER ORDERED** that the case is remanded for further proceedings consistent with the R&R pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED.**

s/Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
United States District Judge

Date: October 21, 2026

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 21, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager